

# NUMBER 13-21-00264-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE OLD REPUBLIC INSURANCE COMPANY

## On Petition for Writ of Mandamus.

# ORDER

**Before Justices Longoria, Hinojosa, and Tijerina**
**Order Per Curiam**

Relator Old Republic Insurance Company (Old Republic) has filed a petition for writ of mandamus through which it asserts that (1) the trial court abused its discretion by denying Old Republic's motions to sever and abate extracontractual claims from a contract claim for policy benefits; (2) the trial court abused its discretion in permitting discovery on extracontractual claims, given that those claims should have been severed and abated from the contract claim and because the scope of discovery was improper;

and (3) an appeal after trial is not an adequate remedy for the trial court's abuses of discretion.

The Court requests that the real party in interest, Uhr Real Estate, Inc., or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order.

PER CURIAM

Delivered and filed on the
20th day of August, 2021.